UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

FILED
2007 DEC 18 PM 2:15
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ANTHONY ARCEO, PETITIONER,
        VS
WARDEN: AYERS, et al,
                RESPONDENT,
_____/

07CV 2131 W (BLM)

**NOTICE OF MOTION AND MOTION TO PROCEED WITHOUT PAYMENT OF COST**

ANTHONY ARCEO, J-17830
pre se litigant

ANTHONY ARCEO, J-17830
RJ DONOVAN CORR FACILITY
PO BOX 799003, F3B15-134
SAN DIEGO, CA. 92179

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

| Anthony Arceo, | / | |
|---|---|---|
| petitioner | / | |
| | / | |
| VS | / | case no_____ |
| | / | |
| Warden: Ayers, et al, | / | CV 02131 W BLM<br>NOTICE OF MOTION AND MOTION<br>TO PROCEED WITHOUT PREPAYMENT<br>OF FEES. PURSUANT TO 28 USC<br>§ 1915(a)(2). |
| respondent, | / | |

**TO THE HONORABLE DISTRICT COURT JURIST.**

Please take notice that on_____ , at _____, or as soon thereafter as the matter can be heard, in_____of the above-entitled court, located at 280 front street, petitioner will move the court to proceed without prepayment of fees pursuant to 28 USC § 1915(a)(2). This motion will be based on his inability to pay.

The motion will be based on this notice of motion, on the attached memorandum of points and authorities, on declaration of petitioner, and all papers, pleadings, and records on file in this action.

Dated December 16, 2007

Anthony Arceo J-
pro se litigant

ANTHONY ARCEO J-17830
PRO SE LITIGANT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

Anthony Arceo,
    petitioner,  /

vs                  /      case no_____

Warden: Ayers, et al,  /     CV 02131 W BLM
    respondent,         DECLARATION, AND MEMORANDUM
                   /     OF POINTS AND AUTHORITIES IN
                   /     SUPPORT To PROCEED WITHOUT
                   /     PREPAYMENT OF FEES. PURSUANT
                   /     TO 28 USC § 1915(A)(2).

I, Anthony Arceo, declare:

1. I am the petitioner in the above entitled action.

2. That in support of my motion to proceed without being required to prepay fees, cost, or give securities.

3. I state that because of my poverty I am unable to pay cost of this action.

4. I believe that I am entitled to relief.

5. I am not presently employed, nor do I get any salary.

6. I am in school.

7. I have not received within the last twelve months, any money from any of the following sources; Business, profession from self

employment. Nor do I receive rent payments, interest or dividends. Nor pensions, annuities, or dividend . Nor inheritances.

8. I have received money gifts from family. yet this is random.

9. I do not own stocks, bonds, notes, automobiles, or valuable property.

10. I have a adult daughter and fiancee.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 480 Alta road, San Diego, California 92179.

Dated December 16, 2007

Anthony Arceo J-17830

## AUTHORITIES

The in forma pauperis statute provides, any court of the United States may authorize the commencement, prosecution, or defense of any suit action or proceeding, civil or crimina , or appeal therein, without prepayment of fees and costs by affiant that is unable to pay such cost. 28 USC § 1915(a)(2), MURPHY V JONES 801 F SUPP 283, 288(ED Mo 1992), In re RICHARDS 914 F2d 1526-27(6th cir 1990).

I declare under the penalty of perjury, that the foregoing is true and correct.

Signed this December 16 _____ 2007.

Anthony Arceo J-17830

# INMATE REQUEST FOR
# CERTIFIED STATEMENT OF TRUST ACCOUNT

I, ANTHONY ARCEO , J17830 , F3B15-134
    Name:            CDC #:         Housing Unit
am seeking to bring a civil action or appeal a judgment in
_____ without prepayment of fees
Title of the Court: (i.e. U.S. District Court)
(In Forma Pauperis) pursuant to 28 U.S.C. 1915(a)(2).

Enter the caption for the legal action:

ARCEO ANTHONY                v.    WARDEN AYERS, et al
Plaintiff:                         Defendant:

Address of the Court:    UNITED STATES DISTRICT COURT
CV-02131 W-BLM           SOUTHERN DISTRICT

In order to proceed, a certified copy of my Trust Fund Account must be submitted to the court of jurisdiction. I understand that CDC regulations and the court require that the certified copy be submitted directly to the Court from the Institution's Accounting office. I request a statment be sent to the court.

_____
Inmate Signature:

---

This form must be submitted to the Central Librarian who will log the request in and forward the form to the Accounting office at the institution for processing.

The Inmate Request For Certified Statement Of Trust Account was received in the Central Library on, 11-28-07 ,
                                                         Date:
by _____
   Name of Librarian who logged request

---

A Certified Statement Of Trust Account for a six month period from 5-01-2007 through 12-10-2007 for the above
        Date:                  Date:
identified inmate was processed through the Accounting Office at the Richard J. Donovan Correctional Facility
on, 12-10-2007 , by C. Rodriguez
    Date:            Name of person processing

I, C. Rodriguez              declare that on, 12-10-07 , I
   Name of person processing              Date:
deposited the Certified Statement of Trust Account in the United States Postal Service addressed as follows.

Signed: C. Rodriguez
        Signature of employee mailing statement

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __Anthony Anceo Arceo__,
(NAME OF INMATE)

__J17830__,
(INMATE'S CDC NUMBER)

has the sum of $ __.76__ on account to his/her credit at __Richard J. Donovan Correctional Facility__
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __N/A__

to his/her credit according to the records of the aforementioned institution. I further certify that **during** the past six months the applicant's *average monthly balance* was $ __78.33__,

and the *average monthly deposits* to the applicant's account was $ __78.33__.

<u>ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

__12-10-2007__
DATE

__C. Rodriguez__ (signature)
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__C. Rodriguez__
OFFICER'S FULL NAME (PRINTED)

__Account Clerk II__
OFFICER'S TITLE/RANK

CIV-67 (Rev. 2/05)         -4-         K:\COMMON\FORMS\CIV-67

```
REPORT ID: TS3030 .701                                            REPORT DATE: 12/10/07
                                                                       PAGE NO:       1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                              R.J.DONOVAN CORR. FACILITY
                             INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: MAY  01, 2007 THRU DEC. 10, 2007

ACCOUNT NUMBER : J17830                     BED/CELL NUMBER: F31500000000134L
ACCOUNT NAME   : ARCEO, ANTHONY ANCEO         ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                                     TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION    COMMENT      CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
-----  ----  -----------   --------     ---------  --------   -----------   -------

05/01/2007   BEGINNING BALANCE                                                84.23

05/08 FC03 DRAW-FAC 3      4681/F31ST                            84.00         0.23
05/15 D300 CASH DEPOSIT    4800/POBOX              10.00                      10.23
05/18 W515 COPY CHARGE     4887/MAY07                             3.50         6.73
05/18 W515 COPY CHARGE     4887/APR07                             2.10         4.63
06/04 D340 EFT DEPOSIT     5175/JPAY               80.00                      84.63
06/05 D300 CASH DEPOSIT    5206/POBOX              20.00                     104.63
06/06 FC03 DRAW-FAC 3      5229/F31ST                           100.00         4.63
06/07 D340 EFT DEPOSIT     5253/JPAY              100.00                     104.63
06/20 W501 SHIPPING CHAR   5493/UPS                               5.54        99.09
07/09 W425 DONATION-A A    0079SALEF3                            35.40        63.69
07/10 FR01 CANTEEN RETUR   700110                                24.15-       87.84
07/10 FC03 DRAW-FAC 3      0113/F31ST                            20.00        67.84
08/07 FC03 DRAW-FAC 3      0633/F31ST                            25.00        42.84
08/20 D340 EFT DEPOSIT     0895/JPAY               30.00                      72.84
08/28 D340 EFT DEPOSIT     1050/JPAY              100.00                     172.84
09/04 W516 LEGAL COPY CH   1136/AUG07                            18.85       153.99
09/05 W512 LEGAL POSTAGE   1176/AUG07                             1.48       152.51
09/07 FC03 DRAW-FAC 3      1243/F31ST                           152.00         0.51
09/21 D340 EFT DEPOSIT     1551/JPAY              100.00                     100.51
09/28 W516 LEGAL COPY CH   1685/SEP07                            15.80        84.71
10/09 FC03 DRAW-FAC 3      1854/F31ST                            84.00         0.71
10/24 D300 CASH DEPOSIT    2123/POBOX              30.00                      30.71
10/29 W516 LEGAL COPY CH   2185/OCT07                            23.40         7.31
11/09 W502 POSTAGE CHARG   2456/NOV07                             6.55         0.76

                               TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL         TOTAL          CURRENT       HOLDS       TRANSACTIONS
   BALANCE     DEPOSITS     WITHDRAWALS       BALANCE      BALANCE      TO BE POSTED
  ---------   ----------    -----------       -------      -------      ------------
     84.23      470.00         553.47           0.76         0.00           0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 12-10-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY C. Rodriguez
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
---------------
     0.76
---------------

## PROOF OF SERVICE BY MAIL

I, _Anthony Arco_, am a resident of the Richard J. Donovan Correctional Facilty, in the County of San Diego, State of California. I am over the age of eighteen (18) years and am ~~not~~ a party to the above-entitled cause of action, which is a: _notice of motion and motion to proceed without prepayment fees_.

My state prison address is 480 Alta Rd., San Diego, California, 92179.

On _December 16_, _2007_ I served the foregoing on the parties named herein below by placing a true copy thereof, enclosed in a sealed envelope, with the postage theron fully paid, in the United States Mail in a Deposit box so provided at the prison facility, addressed as follows:

Southern District of California
880 Front Street, Room 4290
San Diego, Ca. 92101-8900

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

Executed this _16_ day of _December_, _2007_, at San Diego, California.

_Anthony Arco J17830_