# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
2008 JAN -7 PM 4: 39
CLERK US DIST. COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE __Whelan__
FROM: __R. Mullin,__ Deputy Clerk    RECEIVED DATE: __12/27/2007__
CASE NO.: __07cv2131 W (BLM)__    DOCUMENT FILED BY: __Plaintiff__
CASE TITLE: __Arceo v. Ayers, et al__
DOCUMENT ENTITLED: __Motion for Ex Parte Application for Waiver of Court Fees__

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: Motion to Proceed In Forma Pauperis already granted (Docket #6).** |

*No need to file any more motions to proceed in forma pauperis since already granted*

Date forwarded: __1/2/2008__

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: __THOMAS J. WHELAN__

Dated: __1/7/08__    By: __Law Clerk__
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]

ANTHONY ARCEO J-17830
PRO SE LITIGANT



IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT

| | |
|---|---|
| ANTHONY ARCEO, PETITIONER, | |
| VS | |
| ROBERT AYERS, WARDEN et al, RESPONDENT, | CASE NO. 07CV2131 W(BLM)<br><br>DECLARATION & MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE AND MOTION FOR EXPARTE APPLICATION FOR WAIVER OF COURT FEES AND COST RULE 3(a), 28 USC § 2254 |

I Anthony Arceo, petitioner in the above entitled action declares;

1. That this court issued its order stating if petitioner wishes to proceed with this case, he must submit, no later than December 31, 2007 a copy of this order with a $5 fee or adequate proof of his inability to pay the fee.

2. That petitioner attaches a copy of this courts order as exhibit A.

ANTHONY ARCEO J-17830
RJ DONOVAN CORR FACILITY
PO BOX 799003   F3B15-134
SAN DIEG, CA. 92179




REJECTED

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT

| | |
|---|---|
| ANTHONY ARCEO,<br>  PETITIONER,<br><br>VS.<br><br>ROBERT AYERS, WARDEN, et al,<br>  RESPONDENT, | CASE NO. 07CV2131 W (BLM)<br><br>NOTICE OF MOTION FOR EX PARTE<br>APPLICATION FOR WAIVER OF<br>COURT FEES AND COST. RUL 3(a)<br>28 USC § 2254 |

TO THE HONORABLE JUSTICE THOMAS J. WHELAN; AND THE COURTS CLERKS FOR APPLICATION FOR WAIVER OF COURT FEES AND COST.

Please take notice that on _____ or as soon after that as the matter can be heard, in _____ Division of the above entitled court, located at _____ Anthony Arceo, petitioner will move this court for an order pursuant to Rule 3(a), 28 USC §2254 waiver of court fees and cost.

This motion will be based on the ex parte application, declaration and memorandum of points and authorities, and all papers, pleadings, and records filed in this action.

Dated December 25, 2007

*Anthony Arceo*
Anthony Arceo J-17830

1 of 3