1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  JULIE L. GARLAND
   Senior Assistant Attorney General
4  HEATHER BUSHMAN
   Supervising Deputy Attorney General
5  CHARLES CHUNG, State Bar No. 248806
   Deputy Attorney General
6   300 South Spring Street, Suite 1702
    Los Angeles, CA  90013
7   Telephone: (213) 897-4908
    Fax: (213) 897-2263
8   Email: Charles.Chung@doj.ca.gov

9  Attorneys for Respondent Robert J. Hernandez,
   Warden, R. J. Donovan Correctional Facility

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY A. ARCEO,** | CV 07-2131-W (BLM) |
| Petitioner, | **NOTICE OF LODGMENT** |
| v. | Courtroom: 5 |
| **ROBERT AYERS, Warden,** | Judge: The Honorable Barbara L. Major |
| Respondent. | |

TO THE HONORABLE COURT AND PETITIONER:

PLEASE TAKE NOTICE that Respondent Robert J. Hernandez, Warden, R. J. Donovan Correctional Facility, hereby lodges the following documents in support of Respondent's Answer and the Memorandum of Points and Authorities in Support of Answer:

Lodgment 1 - Abstract of Judgment . . . . . . . . . . . . . . . . . . . . . . . . . . 0003-0004

Lodgment 2 - Petition for Writ of Habeas Corpus, filed in the
        Kern County Superior Court . . . . . . . . . . . . . . . 0005-0023

Lodgment 3 - Kern County Superior Court Order . . . . . . . . . . . . . 0024-0026

1

Lodgment 4 - Petition for Writ of Habeas Corpus, filed in the
       Fifth District Court of Appeal . . . . . . . . . . . . . . . . . . 0027-0065

Lodgment 5 - Fifth District Court of Appeal Order . . . . . . . . . . . . . . . . . . 0066

Lodgment 6 - Letter from the California Supreme Court Clerk . . . . 0067-0069

Lodgment 7 - 1997 Rules Violation Report, Log # IVB-97/10-81 . 0070-0072

Dated: February 19, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

HEATHER BUSHMAN
Supervising Deputy Attorney General

*/s/ Charles Chung*

CHARLES CHUNG
Deputy Attorney General
Attorneys for Respondent

60277928.wpd
SD2008600009