## CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name:   **Arceo v. Ayers**

No.:   **CV 07-2131-W (BLM)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>February 19, 2008</u>, I served the following documents:

- **ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ANSWER**
- **NOTICE OF LODGMENT** with **LODGMENTS 1 - 7**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 300 South Spring Street, Suite 1702, Los Angeles, CA 90013, addressed as follows as required by **MANUAL NOTICING**:

Anthony Arceo (J-17830)
Richard J. Donovan Correctional Facility at Rock Mountain
P.O. Box 799006
San Diego, CA 92179-9006

*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 19, 2008, at Los Angeles, California.

| P. Wang | *(signature)* |
| Declarant | Signature |

SD2008600009
50226145.wpd