# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY A. ARCEO,<br><br>    Petitioner,<br><br>v.<br><br>JAMES E. TILTON, Secretary,<br><br>    Respondent. | CASE NO: 07-CV-2131 W (BLM)<br><br>**ORDER GRANTING PETITIONER'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION** |

On June 5, 2008, Magistrate Judge Barbara L. Major issued a report and recommendation. The report recommends that the Court deny Petitioner's petition, and set a June 24, 2008 deadline for filing objections to the report.

On or about June 25, 2008, Petitioner filed an ex parte application requesting an extension of time to file his objections.[1] Having considered the papers, and good cause appearing, the Court **GRANTS** the application and **ORDERS** as follows:

---

[1] Petitioner's application was initially tagged with a discrepancy order. (Doc. No. 11.) On July 2, 2008, the Court ordered the application filed nunc pro tunc to the date received. (Id.) The application was entered on the docket on July 7, 2008.

1. Petitioner's objections to the report and recommendation are due on or before **August 7, 2008**.
2. Respondent's reply, if any, is due on or before **August 28, 2008**.

**IT IS SO ORDERED.**

DATED: July 8, 2008

_____
Hon. Thomas J. Whelan
United States District Judge